STATE v. STEELE

No. 459P87.

Case below: 86 N.C. App. 476.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

STATE v. TARANTINO

No. 30PA87.

Case below: 86 N.C. App. 441.

Motion by defendant to dismiss Attorney General's appeal for lack of substantial constitutional question denied 7 October 1987. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

SURGEON v. DIVISION OF SOCIAL SERVICES

No. 426P87.

Case below: 86 N.C. App. 252.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987. Stay dissolved and supersedeas denied 7 October 1987.

TEAGUE v. N.C. BD. OF DENTAL EXAMINERS

No. 416P87.

Case below: 86 N.C. App. 377.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

TOWN OF LAKE WACCAMAW v. SAVAGE

No. 377P87.

Case below: 86 N.C. App. 211.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.